**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH L. TEEPLES and MAGGIE R. TEEPLES, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:12cv795 Judge Clark/Judge Mazzant |
| JPMORGAN CHASE BANK, NA and EDITH GRACIA, | § § § § | |
| *Defendants.* | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand [Doc. #7] be denied and defendant Edith Gracia be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand [Doc. #7] is **DENIED.**

It is further **ORDERED** that defendant Edith Gracia is **DISMISSED** from this case.

So **ORDERED** and **SIGNED** on May __7___, 2013.

_____
Ron Clark, United States District Judge